File No.: 13332

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Eugene J. Rouse, | : | |
| | : | |
| Debtor. | : | Case No. 22-20533 |

## AFFIDAVIT OF INCOME

Eugene J. Rouse, Debtor in the within bankruptcy, states that he is self-employed as a plumber. From January 1, 2022, through the present, he has earned $0. He also receives food stamp benefits of $250 monthly. He has no income from any other source.

    I verify that the statements made in this affidavit are true and correct to the best of my personal knowledge or information and belief. I understand that statements herein are made subject to the penalties of 18 Pa.C.S.A. Section 4904 relating to unsworn falsifications to authorities.

_____
Eugene J. Rouse, Debtor