**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>EUGENE J. ROUSE<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:22-20533 JAD<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/22/2022 and confirmed on 05/18/2022. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 3,600.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 3,600.00 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 919.09 | |
|     Trustee Fee | 158.40 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,077.49 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   PNC BANK NA | 0.00 | 2,522.51 | 0.00 | 2,522.51 |
|     Acct: 8120 | | | | |
|   PNC BANK NA | 28,404.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8120 | | | | |
|   FAYETTE COUNTY TAX CLAIM BUREAU* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0035 | | | | |
|   FAYETTE COUNTY TAX CLAIM BUREAU* | 2,515.57 | 0.00 | 0.00 | 0.00 |
|     Acct: 0035 | | | | |
|   FAYETTE COUNTY TAX CLAIM BUREAU* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0035 | | | | |
|   FAYETTE COUNTY TAX CLAIM BUREAU* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0032 | | | | |
|   FAYETTE COUNTY TAX CLAIM BUREAU* | 60.49 | 0.00 | 0.00 | 0.00 |
|     Acct: 0026 | | | | |
|   FAYETTE COUNTY TAX CLAIM BUREAU* | 1,150.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0035 | | | | |
| | | | | 2,522.51 |

Priority

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| DANIEL R WHITE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| EUGENE J. ROUSE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ZEBLEY MEHALOV & WHITE PC | 4,000.00 | 919.09 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 1,260.04 | 0.00 | 0.00 | 0.00 |
| Acct: 1034 | | | | |
| BROWNSVILLE ASD & REDSTONE TWP (E | 495.79 | 0.00 | 0.00 | 0.00 |
| Acct: 1034 | | | | |
| | \*\*\*NONE\*\*\* | | | |
| **Unsecured** | | | | |
| CAPITAL ONE BANK USA NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8307 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 246.31 | 0.00 | 0.00 | 0.00 |
| Acct: 9246 | | | | |
| LVNV FUNDING LLC | 382.54 | 0.00 | 0.00 | 0.00 |
| Acct: 1900 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 230.54 | 0.00 | 0.00 | 0.00 |
| Acct: 9607 | | | | |
| PNC BANK NA | 15,197.45 | 0.00 | 0.00 | 0.00 |
| Acct: 6481 | | | | |
| PNC BANK NA | 1,047.50 | 0.00 | 0.00 | 0.00 |
| Acct: 7791 | | | | |
| PNC BANK NA | 1,757.86 | 0.00 | 0.00 | 0.00 |
| Acct: 9407 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9471 | | | | |
| SOUTHWEST REGIONAL TAX BUREAU** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3965 | | | | |
| PA DEPARTMENT OF REVENUE* | 66.27 | 0.00 | 0.00 | 0.00 |
| Acct: 1034 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 52.63 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3124 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SHERYL HEID | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MELISSA JENKINS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BBVA COMPASS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | \*\*\*NONE\*\*\* | | | |

TOTAL PAID TO CREDITORS                                                                                   2,522.51

```
TOTAL CLAIMED
PRIORITY            1,755.83
SECURED            32,130.06
UNSECURED          18.981.10
```

Date: 05/02/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com